■ JACK KAUFMAN et al., Respondents, v MORRIS N. MAGIN et al., Defendants, and LAWRENCE J. PACERNICK, Appellant. — Order of the Supreme Court, Nassau County (Molloy, J.), dated February 6, 1984, affirmed, with costs (*see, Patterson v Jewish Hosp. & Med. Center,* 94 Misc 2d 680, *affd* 65 AD2d 553; *Feraco v Long Is. Jewish-Hillside Med. Center,* 97 AD2d 498). Titone, J. P., Thompson, O'Connor and Rubin, JJ., concur.